# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Tricia Stout, | ) |
|       Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| Pioneer Credit Recovery, Inc., | ) |
| | ) Case No. 1:16-cv-299 |
|       Defendant. | ) |

Before the court is a motion for attorney Louis Leonard Galvis to appear *pro hac vice* on defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Louis Leonard Galvis has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Louis Leonard Galvis has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 11) is **GRANTED**. Attorney Louis Leonard Galvis is admitted to practice before this court in the above-entitled action on behalf of defendant.

**IT IS SO ORDERED.**

Dated this 11th day of October, 2016.

                                                    */s/ Charles S. Miller, Jr.*
                                                    Charles S. Miller, Jr.
                                                    United States Magistrate Judge