# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Tricia Stout, | ) |
|       Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| Pioneer Credit Recover, Inc., | ) |
| | ) Case No. 1:16-cv-299 |
|       Defendant. | ) |

Before the court is a motion for attorney Dayle M. Van Hoose to appear *pro hac vice* on defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Dayle M. Van Hoose has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Dayle M. Van Hoose has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 18) is **GRANTED**. Attorney Dayle M. Van Hoose is admitted to practice before this court in the above-entitled action on behalf of defendant.

**IT IS SO ORDERED.**

Dated this 8th day of December, 2016.

                                               */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr.
                                               United States Magistrate Judge